IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CHRISTINE A. DUGGAN,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____/ | No. CV 09-4514 NJV<br><br>**ORDER PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br>(Docket No. 15) |

Defendant Michael J. Astrue filed a motion to dismiss for failure to exhaust administrative remedies on February 22, 2010. Plaintiff Christine A. Duggan has not filed a response to Defendant's motion, which is overdue. The Court orders Plaintiff to respond within 14 days of the filing of this order. If Plaintiff does not respond, this action will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 11, 2010

NANDOR J. VADAS
United States Magistrate Judge