IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CHRISTINE A. DUGGAN,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____/ | No. CV 09-4514 NJV<br><br>**ORDER REQUIRING DEFENDANT TO FILE EXHIBITS SUPPORTING HIS MOTION TO DISMISS AND REQUIRING PLAINTIFF TO FILE HER OPPOSITION**  (Docket Nos. 15 & 18) |

Defendant Michael J. Astrue filed a motion to dismiss for failure to exhaust administrative remedies on February 22, 2010 (Document 15). In this motion, Defendant cites to supporting exhibits and documents that were not filed with its motion. The Court orders Defendant to file these supporting exhibits and documents by April 5, 2010.

Plaintiff Christine A. Duggan failed to respond to Defendant's motion to dismiss by March 8, 2010, in accordance with the Court's procedural order (Document 2). On March 11, 2010, the Court ordered Plaintiff to respond to Defendant's motion to dismiss by March 25, 2010, with which Plaintiff also failed to comply (Document 16). Plaintiff has still not filed an opposition nor requested an extension to file an opposition. Instead, Plaintiff filed a motion to compel production of the administrative record on March 29, 2010 (Document 18). The Court admonishes Plaintiff to follow this Court's orders and deadlines. Plaintiff's final deadline to file an opposition to Defendant's motion to dismiss is <u>April 12, 2010</u>. The Court will construe Plaintiff's failure to file an

1  opposition by April 12th as Plaintiff's non-opposition to Defendant's motion to dismiss.

3  **IT IS SO ORDERED.**

6  Dated:  March 31, 2010

NANDOR J. VADAS
United States Magistrate Judge